

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00224-CV

**IN THE INTEREST OF D.A., A.A.R., C.P.R., C.P.R., Z.C., CHILDREN**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01496
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The reporter's record was due on June 1, 2021, but was not filed. On June 4, 2021, the court reporter filed a notification of late record, requesting until June 10, 2021, to file the reporter's record. We **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court on or before **June 10, 2021**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court